IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LERRONE JENKINS,<br>    Plaintiff,<br><br>    vs.<br><br>COMMONWEALTH OF<br>PENNSYLVANIA, DEPT OF<br>CONSERVATION AND NATURAL<br>RESOURCES, PRESQUE ISLE STATE<br>PARK, et al.,<br>    Defendants. | 1:21-cv-00111-SPB |

## ORDER

All counsel of record in this case must read the attached article on mediation prior to the Initial Case Management Conference, and share the same with their client(s). The attached article is being disseminated with permission of the author and The Pennsylvania Lawyer.

Dated: July 28, 2021
                                                          *s/Susan Paradise Baxter*
                                                          Susan Paradise Baxter
                                                          United States District Judge

Attachment

cc (via ECF email notification):

All Counsel of Record